

NUMBER 13-11-00178-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

IN THE INTEREST OF J.C.S. AND K.L.S., CHILDREN

---

On Appeal from the 25th District Court
of Gonzales County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Garza, Vela, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Faustino Ortiz III, attempted to perfect an appeal from an order entered by the 25th District Court of Gonzales, County, Texas, in cause no. 24307. Upon review of the documents before the Court, it appeared that there was no final, appealable order or judgment. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days from the date

of receipt of this notice, the appeal would be dismissed for want of jurisdiction. Appellant failed to respond to the Court's notice.

The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. *See id.* Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(a),(c). Any pending motions are dismissed as moot.

PER CURIAM

Delivered and filed the
19th day of May, 2011.

2